UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENESIS GROWTH TECH, LLC,
Plaintiff,

-against-

CITRIN COOPERMAN & COMPANY, LLP,
Defendant.

Case No. 1:26-cv-07796 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 9, 2026, Defendant Genesis Growth Tech, LLC, removed this action to this Court and filed a motion to compel arbitration. Defendant has not yet docketed an affidavit of service.

Accordingly, it is hereby ORDERED that Defendant shall docket forthwith a certificate of service proving that Defendant properly served Plaintiff Genesis Growth Tech, LLC, both with the notice of removal and with the motion to compel arbitration.

It is further ORDERED that Plaintiff shall file and serve any opposition to the motion to compel arbitration by **October 9, 2026**. Defendant's reply, if any, shall be filed and served by **October 16, 2026**. At the time its reply is filed and served, Defendant shall supply to Chambers a courtesy hard copy of the parties' filings, marked as such, by mailing or delivering them to Courtroom 20B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

It is further ORDERED that, pending the Court's ruling on the motion to compel arbitration, Defendant's time to answer or otherwise respond to Plaintiff's complaint is stayed.

Finally, it is hereby ORDERED that **Defendant (1) serve upon Plaintiff a copy of this Order, and (2) file proof of such service with the Court**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 8.

Dated: September 11, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge